IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARY ALEXANDER,

      Appellant,

v.

      Case No.  5D23-199
      LT Case No. 22-CC-196

TERRY L. ROBERTS,

      Appellee.

_____/

Decision filed April 25, 2023

Appeal from the County Court
for Nassau County,
Robert M. Foster, Judge.

Mary Alexander, Jacksonville, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, HARRIS and BOATWRIGHT, JJ., concur.